IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.R., | C 06-07077 MJJ |
|     Plaintiff, | **ORDER TO SHOW CAUSE** |
| v. | |
| CITY OF EMERYVILLE, | |
|     Defendants. | |

On 11/15/06 , the Court set a case management conference in this action for Tuesday, 02/20/07 at 2:00 p.m.  The defendant failed to appear at the appointed time for the case management conference, nor did the Court receive a request for an extension of time or any other excuse for the partie's failure to appear.  Accordingly, the Court hereby issues an order to show cause why the defendant failed to appear at the scheduled case management conference.

THE COURT  HEREBY ORDERS that the defendant appear on Tuesday, 03/06/07, at **2:00 p.m.** before the Honorable Martin J. Jenkins.  Any written response to this order to show cause should be filed no later than 02/27/07.  The parties are instructed to file a Joint Case Management Statement, pursuant to Civil L.R. 16-9, 10 days prior to the Case Management Conference.

Please report to courtroom 11, on the 19th floor, U.S. Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

**IT IS SO ORDERED.**

Dated:  02/21/07

                                            MARTIN J. JENKINS
                                            United States District Judge