DALE L. ALLEN, JR., # 145279
LOW, BALL & LYNCH
505 Montgomery Street, 7th Floor
San Francisco, California 94111-2584
Telephone (415) 981-6630
Facsimile (415) 982-1634

Attorneys for Defendants
CITY OF EMERYVILLE; KEN JAMES; ERIC WHITE and RICHARD DAVIS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.R., a minor, by and through her guardian ad litem, LAINI SELKET, and LAINI SELKET,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF EMERYVILLE, a government entity; KEN JAMES, in his capacity as Chief of Police for CITY OF EMERYVILLE; ERIC WHITE, individually, and in his capacity as police officer for CITY OF EMERYVILLE; RICHARD DAVIS, individually, and in his capacity as a police officer for CITY OF EMERYVILLE; and, DOES 1-25, inclusive,<br><br>Defendants. | Case No. C06-07077 MJJ ADR<br><br>[~~PROPOSED~~] ORDER GRANTING JURISDICTION OF MEDIATOR |

At the request of the parties, time to complete the mediation in this matter has been extended to July 6, 2007. The mediation will remain under the jurisdiction of Ms. Jacqueline Corley.

IT IS SO ORDERED:

DATED: May 7, 2007

*/s/ Martin J. Jenkins*
Hon. Martin J. Jenkins
UNITED STATES DISTRICT JUDGE

-1-

[PROPOSED] ORDER RE EXTENSION OF JURISDICTION OF MEDIATOR

J:\1426\sf0069\P-PORD.MEDIATOR.wpd