```
 1   JOHN L. BURRIS, Esq./ State Bar # 69888
 2   LAW OFFICES OF JOHN L. BURRIS
     Airport Corporate Center
 3   7677 Oakport Street, Suite 1120
     Oakland, CA 94621
 4   Telephone: (510) 839-5200
     Facsimile: (510) 839-3882
 5   E-Mail:  John.burris@johnburrislaw.com

 6   Attorneys for Plaintiffs

 7   GAYLA B. LIBET, Esq./ State Bar # 109173
     LAW OFFICES OF GAYLA B. LIBET
 8   486  41st Street, Suite 3
     Oakland, CA 94609
 9   (510) 420-0324
     E-Mail:  Glibet@sbcglobal.net

10   Attorneys for Plaintiffs

11   DALE L. ALLEN, JR., Esq./ State Bar # 145279
     LOW, BALL & LYNCH
12   505 Montgomery Street
     Seventh Floor
13   San Francisco, CA 94111-2584
     Telephone: (415) 981-6630
14   Facsimile:  (415) 982-1634
     E-Mail:  dallen@lowball.com

15   Attorneys for Defendants
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.R., a minor, by and through her guardian ad litem, LAINI SELKET, and LAINI SELKET,<br><br>    Plaintiffs,<br><br>vs.<br><br>CITY OF EMERYVILLE, a governmental entity; KEN JAMES, in his capacity as Chief of Police for CITY OF EMERYVILLE; ERIC WHITE, individually, and in his capacity as a police officer for CITY OF EMERYVILLE; RICHARD DAVIS, individually, and in his capacity as a police officer for CITY OF EMERYVILLE; and, DOES 1-25, inclusive,<br><br>    Defendants. | No. C-06-07077-MJJ<br><br>STIPULATION AND ~~PROPOSED~~ ORDER FOR EXTENSION OF TIME TO COMPLETE MEDIATION |

## STIPULATION

All parties to this action stipulate and agree, by and through their respective counsel, as follows:

1. Counsel for plaintiffs and defendants have discussed with the Mediator, Ms. Jacqueline Scott Corley, their need for further time to conduct discovery, and Ms. Corley agrees with the extension of time deadline proposed in the Stipulation. This extension of time for Mediation is needed so that all parties can engage in a productive Mediation hearing.

2. Prior to a meaningful Mediation, the parties need to conduct the following discovery: take the depositions of some of the parties; take the deposition of witness, Cheryl L. Nichols; receive important medical records and billings from Children's Hospital for minor plaintiff (which has been requested, but not yet received); and, the Juvenile Court transript with the testimony from the Juvenile case which ensued pursuant to the subject incident, which was ordered on April 11, 2007, but has not yet been received (defense counsel have stated that there cannot be any meaningful Mediation without first reviewing the Juvenile Court transcript). After receiving the Juvenile Court transcript, plaintiffs' and defense counsel will need to review this material and decide whether any further discovery is necessitated by information contained in said transcript;

3. Mr. Burris is lead counsel and will attend the Mediation Conference. He and Ms. Libet have been swamped with work in a case wit a lot of witnesses and discovery for the last five weeks, and during this month and July, will also have to conduct a great deal of discovery in several cases;

4. Mr. Burris will be on vacation from June 24th through July 7th 2007, and during the first week of August 2007; and,

5. Accordingly, the parties, by and through their respective counsel, hereby stipulate and jointly request that the deadline for the occurrence of the Mediation hearing in this case be extended from July 9, 2007 to September 7, 2007, or as soon thereafter as the Court deems appropriate.

```
 1
 2                                    LAW OFFICES OF GAYLA B. LIBET
 3   Dated: 6-12-07          By: /s/ Gayla B. Libet
 4                                    GAYLA B. LIBET, Esq.
                                      Attorneys for Plaintiffs
 5
 6                                    LAW OFFICES OF JOHN L. BURRIS
 7
 8   Dated: 6-12-07          By: /s/ John L. Burris
 9                                    JOHN L. BURRIS, Esq.
                                      Attorneys for Plaintiffs
10
11                                    LOW, BALL & LYNCH
12
13   Dated: June 12, 07       By: /s/ Dale L. Allen, Jr.
14                                    DALE L. ALLEN, JR., Esq.
                                      Attorneys for Defendants
15
16
17                                    ORDER
18        PURSUANT TO STIPULATION, IT IS SO ORDERED.
19
20   Dated: 6/24/07           /s/ Martin J. Jenkins
21                                    HONORABLE MARTIN J. JENKINS
                                      United States District Court Judge
22
23
24
25
26
27
28
         STIPULATION AND PROPOSED ORDER FOR EXTENSION OF TIME TO COMPLETE MEDIATION      3
```

06/12/2007 14:06  5104280324  GAYLA B LIBET  PAGE 04

06/19/2007 14:54  5104280324  GAYLA B LIBET  PAGE 04