DALE L. ALLEN, JR., # 145279
LOW, BALL & LYNCH
505 Montgomery Street, 7th Floor
San Francisco, California 94111-2584
Telephone (415) 981-6630
Facsimile (415) 982-1634

Attorneys for Defendants
CITY OF EMERYVILLE; KEN JAMES; ERIC WHITE and RICHARD DAVIS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.R., a minor, by and through her guardian ad litem, LAINI SELKET, and LAINI SELKET,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF EMERYVILLE, a government entity; KEN JAMES, in his capacity as Chief of Police for CITY OF EMERYVILLE; ERIC WHITE, individually, and in his capacity as police officer for CITY OF EMERYVILLE; RICHARD DAVIS, individually, and in his capacity as a police officer for CITY OF EMERYVILLE; and, DOES 1-25, inclusive,<br><br>Defendants. | Case No. C06-07077 MJJ ADR<br><br>STIPULATION TO DISMISSAL OF COMPLAINT<br>(F.R.C.P. 41.4) |

IT IS HEREBY STIPULATED between the parties in the above-captioned action, to dismiss the complaint with prejudice against City of Emeryville, Ken James, Eric White, and Richard Davis; each party to bear their own attorney fees and costs as stated in the release between the parties.

Dated: October 26, 2007.

LAW OFFICES OF JOHN L. BURRIS

By _____
ADANTE DE POINTER
Attorneys for Plaintiffs

---

J:\1426\sf0069\P-STIP.DISMISSAL.wpd

-1-

STIPULATION TO DISMISSAL OF COMPLAINT

USDC NO. C05-01397 EMC

(Stipulation to Dismissal of Complaint con't)

Dated: ~~October~~ November 7, 2007.

LOW, BALL & LYNCH

By _____
DALE L. ALLEN, JR.
Attorneys for Defendants
CITY OF EMERYVILLE; CHIEF KEN JAMES;
OFFICER ERIC WHITE and SGT. RICHARD DAVIS

*********************************************

THE ABOVE-ENTITLED ACTION IS HEREBY DISMISSED

Dated: March 3, 2008

_____
Hon. Martin J. Jenkins, United States District Judge